| | | | |
|---|---|---|---|
| | AUSA: DePorre | Telephone: | (810) 766-5177 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Dunn, FBI | Telephone: | (810) 239-5775 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.
Keviontae Devion Kendrick,

Case: 4:24−cr−20336
Assigned To : Ivy, Curtis, Jr
Assign. Date : 6/27/2024
Description: CMP USA v KENDRICK

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 25, 2024__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2119 | Carjacking |
| 18 U.S.C. § 922(g) | Felon in possession of a firearm |
| 18 U.S.C. § 924(c) | Using, carrying, and brandishing a firearm during and in relation to a crime of violence |

This criminal complaint is based on these facts:

There is probable cause to believe that on or about June 25, 2024, Keviontae Kendrick, committed the offenses of carjacking, contrary to 18 U.S.C. § 2119; using, carrying, and brandishing a firearm during and in relation to a crime of violence, contrary to 18 U.S.C. § 924(c); and felon in possession of a firearm, contrary to 18 U.S.C. § 922(g).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Dunn, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 27, 2024__

_____
*Judge's signature*

City and state: __Flint, MI__

Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Michael Dunn, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, currently assigned to the FBI's Detroit Division – Flint Resident Agency (FLRA). I have been employed by the FBI since July of 2019. I make this affidavit from personal knowledge based on my participation in this investigation, information from others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

2. The FBI is currently investigating Keviontae Devion Kendrick, date of birth XX/XX/2003, for violations of federal law, including, carjacking in violation of 18 U.S.C. § 2119; using, carrying, and brandishing a firearm during and in relation to a crime of violence in violation of 18 U.S.C. § 924(c); and felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).

3. The FBI FLRA is assisting the Michigan State Police (MSP) with their investigation into an armed carjacking which occurred on June 25, 2024.

Through the investigation, I have learned the following facts from fellow law enforcement officers.

4. On June 25, 2024, at approximately 10:58 p.m., Flint City Dispatch aired a report of an armed carjacking. The caller identified here as "Victim-1," advised that a man in a ski mask took his black Chevrolet Malibu at gunpoint.

5. MSP Troopers spoke with Victim-1 who advised his vehicle had been taken at gunpoint from the Citgo gas station at Pasadena Avenue and Martin Luther King Boulevard by a man he knew as "Kevel" and another person. Victim-1 stated he knew the individuals who stole his vehicle and was currently in contact with them.

6. Victim-1 advised the suspects were going to bring the vehicle back to him at the gas station. Victim-1 advised the suspect was wearing a green t-shirt under a gray hoodie and was wearing a black ski mask and gray gloves.

7. MSP Troopers waited near the gas station for the suspects to return the vehicle. A short time later, Victim-1 notified a Trooper that his vehicle had been returned and the suspect was walking on Martin Luther King Boulevard towards the Citgo gas station. Troopers approached the area and observed a black male with short dreads, a gray hoodie, and dark sweatpants, accompanied by another man walking southbound on Martin Luther King Boulevard on the east side of the road approaching Pasadena. Troopers

initiated contact with the men and detained them. One of the men was later identified as Keviontae Kendrick, date of birth XX/XX/2003. A MSP Trooper asked Kendrick if he had a gun on him, to which he replied "Yes." A Trooper removed a black pistol with an extended magazine (one round in chamber) from Kendrick's inside hoodie pocket. A black ski mask and gray gloves were also located on Kendrick's person.

8. The pistol was a Springfield XD-9, 9mm caliber, semi-automatic pistol bearing serial number BB106232, with one extended magazine. The firearm contained one 9mm round of ammunition in the chamber, and the extended magazine contained 26 rounds of 9mm ammunition.

9. MSP troopers spoke with Victim-1, who provided the following information. Victim-1 stated that his mother let him use her new car and he needed gas money. Victim-1 and his cousin returned pop bottles at Meijer on Corunna Road. Victim-1 got fifteen dollars cash and went to go put gas in his mom's car. Victim-1 received a three-way call from "Kev-o" (referring to Kendrick) and another man (identified hereinafter as "Person-1"). Kev-o and Person-1 stated that they needed rides and they would provide Victim-1 with gas money. Victim-1 picked up Kev-o from a house near Martin Luther King Boulevard and then picked up Person-1 from an apartment. Victim-1 and Victim-1's cousin were seated in the front of the car, Person-1 was seated

3

behind the driver seat, and "Kev-o" was seated behind the front passenger seat. They went to the Citgo gas station so that Kev-o could get a cigar. At the Citgo, Victim-1's cousin and Kev-o went inside to purchase items while Person-1 remained in the car with Victim-1. Kev-o came out of the store first before Victim-1's cousin. Kev-o got into the car, produced a black pistol with a long-extended magazine and pushed it to Victim-1's head. Kev-o then cocked the gun and pushed it into Victim-1's chest. Kev-o told Victim-1 to leave the keys and exit the car. Victim-1 pleaded with Kev-o to not rob him. Kev-o told Victim-1, if you don't get out, I'm going to shoot you right here. Victim-1 complied, and Kev-o drove off with the car while Person-1 remained in the back seat as they drove off.

10. On June 26, 2024, I conducted a review of Kendrick's criminal history records. The records indicate that on January 23, 2023, Kendrick was sentenced to 10 months in prison, on a felony charge of *Theft by deception; Value $1,500 to $25,000*. Kendrick was convicted and sentenced in the 10th Judicial District, in Olathe, Kansas.

11. On June 26, 2024, I spoke with ATF Special Agent Dustin Hurt who has received specialized training regarding the manufacture and interstate transport of firearms. Special Agent Hurt informed me that the Springfield XD-9 semi-automatic pistol was manufactured outside the State of Michigan.

12. Based upon the information contained herein, I have probable cause to believe that Keviontae Kendrick has committed the offenses of carjacking in violation of 18 U.S.C. § 2119; using, carrying, and brandishing a firearm during and in relation to a crime of violence in violation of 18 U.S.C. § 924(c); and felon in possession of a firearm in violation of 18 U.S.C. § 922(g).

Michael Dunn
Special Agent
Federal Bureau of Investigation

This affidavit was submitted and received by reliable electronic means, and was attested to by the affiant telephonically.

Sworn to before me this Wednesday, the 27th day of June 2024.

_____
Hon. Curtis Ivy, Jr.
United States Magistrate Judge